IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN B. FLETCHER,

                    Plaintiff,                                    ORDER

        v.
                                                            18-cv-456-jdp
ROBERT WILKIE,

                    Defendant.

---

For the reasons explained at the hearing held on March 6, 2020, this case is dismissed with prejudice. The clerk of court is directed to enter judgment for defendant and close the case.

Entered March 6, 2020.

                              BY THE COURT:

                              _____
                              JAMES D. PETERSON
                              District Judge