IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN B. FLETCHER,

                Plaintiff,

   v.

                                         Case No. 18-cv-456-jdp

ROBERT WILKE,

                Defendant.

---

JUDGMENT IN A CIVIL CASE

---

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing with prejudice this case.

| /s/ | 3/06/20 |
|---|---|
| Peter Oppeneer<br>Clerk of Court | Date |